**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:

    Ackerson, Scott & Christina                      Case No.: 11-00603
                                                            Chapter 13 Proceeding
                                                            Hon. James D Gregg

                 Debtors.                                 Filed: January 25, 2011

_____/

**AFFIDAVIT OF NO OBJECTION RE:**
**FIRST POST CONFIRMATION PLAN AMENDMENT**

      NOW COME the Debtors, by and through their attorney, April A Hulst, and hereby state the following:

1. On September 25, 2013, Debtors filed an amendment to their Chapter 13 Plan.

2. Debtors also served the matrix the Amendment and Notice & Opportunity to Object on September 25, 2013.

3. That all creditors had until October 16, 2013 to object to the amended plan.

4. That as of October 23, 2013, no objections have been received.

      THEREFORE, the provisions set forth in the amendment shall apply and be incorporated into the Plan.

Dated: 10/23/2013                                        /s/ April A Hulst
                                                               April A Hulst (P71459)
                                                               Chase & Bylenga, PLLC
                                                               Attorney for Debtors
                                                               77 Monroe Center NW, Ste 507
                                                               Grand Rapids, MI 49503
                                                               Telephone: (616) 608-3061